UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-25-662-R |
| | ) |
| STEPHEN GRAY, and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is Defendant's Motion to Dismiss [Doc. No. 7]. During the pendency of the motion, Plaintiff filed an Amended Complaint [Doc. No. 8]. This Amended Complaint supersedes Plaintiff's original pleading and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Defendant's Motion to Dismiss is therefore DENIED as moot, without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 1st day of August, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE